| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Koeltl, John G. | 2. Court or Organization<br><br>U.S.D.C. Southern District-NY | 3. Date of Report<br><br>05/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 Pearl St. Room 1030<br>New York,New York 10007-1581 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 2. | EXECUTOR (CO-EXECUTOR) | ESTATE |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | NEW YORK UNIVERSITY - TEACHING | $26,955.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | April 19,2012 - April 20,2012 | Washington, DC | ABA Conference | Lodging, meals, and travel |
| 2. | Institute for the Advancement of the American Legal System | September 20,2012 - September 21,2012 | Denver, CO | IAALS Conference | Lodging, meals and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JOHNSON & JOHNSON - COMMON | D | Dividend | M | T | Donated (part) | | | | |
| 2. PFIZER INC. - COMMON | C | Dividend | M | T | | | | | |
| 3. ROYAL DUTCH SHELL PLC - COMMON | D | Dividend | M | T | | | | | |
| 4. FRANKLIN INCOME FUND CL C - MUTUAL FUND | C | Dividend | L | T | | | | | |
| 5. OPPENHEIMER DEV. MARKETS FUND CL C - MUTUAL FUND | | None | L | T | | | | | |
| 6. CGM ADVISOR TARGETED EQUITY FUND CL C - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 7. TEMPLETON GLOBAL BOND FUND CL C - MUTUAL FUND | D | Dividend | M | T | | | | | |
| 8. LORD ABBETT ST DURATION INCOME FUND - MUTUAL FUND | A | Dividend | | | Sold | 04/16/12 | K | | |
| 9. ROCHESTER LIMITED TERM NY MUNI BOND FUND | B | Int./Div. | M | T | Buy | 07/16/12 | L | | |
| 10. | | | | | Buy (add'l) | 09/13/12 | K | | |
| 11. | | | | | Buy (add'l) | 11/21/12 | K | | |
| 12. MERRILL LYNCH FIA MONEY FUND - N.Y.,N.Y. | A | Interest | L | T | Sold (part) | 12/31/12 | K | | Net Decrease To MM Fund |
| 13. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 14. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | A | Interest | J | T | | | | | |
| 15. NY CITY CY TRANS BOND 5% DUE 05/01/31 | A | Interest | | | Redeemed | 11/01/12 | J | | |
| 16. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | L | T | | | | | |
| 17. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | B | Interest | | | Redeemed | 09/10/12 | K | | |
| 19. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | | | Redeemed | 11/15/12 | K | | |
| 20. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | L | T | | | | | |
| 21. SUFFOLK CTY BOND 4.125% DUE 11/01/21 | B | Interest | L | T | | | | | |
| 22. DUTCHESS CTY BOND 4.5% DUE 08/01/26 | B | Interest | L | T | | | | | |
| 23. ST. LAWRENCE CTY BOND 4.25% DUE 05/15/28 | B | Interest | | | Sold | 08/23/12 | L | B | |
| 24. NY ST DORM AT RV ST BOND 5% DUE 02/15/24 | B | Interest | L | T | | | | | |
| 25. NY ST DORM AT RV ST BOND 5% DUE 02/15/27 | B | Interest | L | T | | | | | |
| 26. NEW YORK ST URBAN DEV BOND 4.25% DUE 03/15/27 | B | Interest | | | Sold | 07/11/12 | L | B | |
| 27. NEW YORK ST HFA PERS INC BOND 5% DUE 09/15/30 | B | Interest | K | T | | | | | |
| 28. NEW YORK NY SUBSER SER C-1 BOND 4.5% DUE 10/01/23 | B | Interest | K | T | | | | | |
| 29. N.Y. STATE DORM. AUTH. REV MEM SLOAN BOND 5% DUE 07/01/26 | B | Interest | K | T | | | | | |
| 30. TRIBOR. BRIDGE & TUNNEL BOND 4.75% DUE 11/15/30 | B | Interest | L | T | | | | | |
| 31. NEW YORK NY SUBSER J-1 BOND 5% DUE 05/15/31 | B | Interest | L | T | | | | | |
| 32. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | K | T | | | | | |
| 33. N.Y. CITY MUN WTR BOND 5% DUE 06/15/34 | C | Interest | L | T | | | | | |
| 34. N.Y. CITY MUN WTR BOND 4.75% DUE 06/15/36 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. N.Y. CITY MUN WTR BOND 4.75% DUE 06/15/37 | C | Interest | L | T | | | | | |
| 36. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/37 | C | Interest | L | T | | | | | |
| 37. N.Y. CITY MUN WTR BOND 5% DUE 06/15/38 | B | Interest | L | T | | | | | |
| 38. N.Y. STATE HSG FIN AGY BOND 4.9% DUE 11/01/38 | B | Interest | L | T | | | | | |
| 39. N.Y. CITY MUN ATR BOND 4.5% DUE 06/15/39 | C | Interest | M | T | | | | | |
| 40. LONG ISLAND PWR AUTH NY BOND 4.25% DUE 05/01/33 | B | Interest | K | T | | | | | |
| 41. THOMPSON NY PUB IMPT BOND 4.125% DUE 09/01/29 | B | Interest | L | T | | | | | |
| 42. N.Y. STATE CLN-DRNKNG WTR BOND 5% DUE 06/15/36 | C | Interest | L | T | | | | | |
| 43. NEW YORK ST SER E OID BOND 4% DUE 12/15/37 | B | Interest | L | T | | | | | |
| 44. HUDSON YDS INFRA NY BOND 5% DUE 02/15/47 | C | Interest | M | T | | | | | |
| 45. HAVERSTRAW NY IMPT BOND 3.50% DUE 06/15/34 | | None | L | T | Buy | 04/16/12 | K | | |
| 46. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 47. MERRILL LYNCH (IRA ACCOUNT) - CGM ADVISOR EQUITY FUND CL C | | None | J | T | | | | | |
| 48. MERRILL LYNCH (IRA ROLLOVER) - ML BANK CASH ACCOUNT | A | Interest | M | T | Buy (add'l) | 12/31/12 | M | | Net Increase to MM Fund |
| 49. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND CL A | B | Dividend | M | T | Buy (add'l) | 12/19/12 | J | | |
| 50. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL C | B | Dividend | L | T | | | | | |
| 51. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER SELECT VALUE FUND | | None | | | Sold | 02/10/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER VALUE FUND CL C | | None | | | Sold | 04/25/12 | L | | |
| 53. MERRILL LYNCH(IRA ROLLOVER)- MAINSTAY LARGE CAP FUND CL C | A | Dividend | N | T | Buy (add'l) | 02/10/12 | J | | |
| 54. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 55. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 56. | | | | | Buy (add'l) | 04/19/12 | K | | |
| 57. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 58. | | | | | Buy (add'l) | 10/12/12 | K | | |
| 59. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 60. MERRILL LYNCH(IRA ROLLOVER)- ALGER CAP APPREC FUND CL C | A | Dividend | M | T | Buy (add'l) | 12/19/12 | J | | |
| 61. MERRILL LYNCH(IRA ROLLOVER)- LOOMIS SAYLES INV BOND FD CL C | D | Dividend | N | T | Buy (add'l) | 04/20/12 | K | | |
| 62. MERRILL LYNCH(IRA ROLLOVER)- PIMCO COMM RR STRATEGY FD CL C | B | Dividend | K | T | | | | | |
| 63. MERRILL LYNCH(IRA ROLLOVER)- FRANKLIN INCOME FD CL C | B | Dividend | | | Sold | 10/16/12 | K | B | |
| 64. MERRILL LYNCH(IRA ROLLOVER)- BLACKROCK GLOBAL ALLOC FUND C | B | Dividend | M | T | | | | | |
| 65. MERRILL LYNCH(IRA ROLLOVER)- OPPENHEIMER DEV. MKTS FUND CL C | | None | | | Buy | 02/28/12 | K | | |
| 66. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 67. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 68. | | | | | Buy (add'l) | 05/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/16/12 | L | A | |
| 70. MERRILL LYNCH(IRA ROLLOVER)- BLACKROCK LATIN AMERICA FUND | | None | | | Sold | 10/12/12 | L | | |
| 71. MERRILL LYNCH(IRA ROLLOVER)- FED. KAUFMAN LRG CAP FUND CL C | C | Dividend | M | T | | | | | |
| 72. MERRILL LYNCH(IRA ROLLOVER)- LORD ABBETT ST DURATION INC FUND | C | Dividend | | | Sold | 04/19/12 | M | | |
| 73. MERRILL LYNCH(IRA ROLLOVER)- PIMCO GLOBAL MULTI ASSET FUND | | None | | | Sold | 09/27/12 | M | | |
| 74. MERRILL LYNCH(IRA ROLLOVER)- OPPENHEIMER RISING DIV FUND CL C | B | Dividend | M | T | Buy | 02/28/12 | K | | |
| 75. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 76. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 77. | | | | | Buy (add'l) | 04/25/12 | L | | |
| 78. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 79. | | | | | Buy (add'l) | 09/27/12 | L | | |
| 80. MERRILL LYNCH(IRA ROLLOVER)- BLACKROCK EQUITY DIV FUND CL A | A | Dividend | L | T | Buy | 10/12/12 | L | | |
| 81. MERRILL LYNCH(IRA ROLLOVER)- BLACKROCK EQUITY DIV. FUND CL C | A | Dividend | L | T | Buy | 10/16/12 | L | | |
| 82. MICHAEL NAYLOR, PERSONAL LOAN | | None | J | T | | | | | |
| 83. CHASE BANK MONEY MARKET ACCT (INHERITED IRA ACCOUNT) | | None | | | Distributed | 01/15/12 | J | | |
| 84. ESTATE | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -MERRILL LYNCH MONEY MARKET ACCOUNTS (MONEY MARKET FUNDS) | | | | | | | | | |
| 86. -NEW YORK NY SER P BOND 4.25% DUE 08/01/25 | | | | | | | | | |
| 87. -TRIBOR BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | | | | | | | | | |
| 88. -ALTRIA GROUP INC ( COMMON) | | | | | | | | | |
| 89. -AMN ELEC POWER CO. (COMMON) | | | | | | | | | |
| 90. -AT&T (COMMON) | | | | | | | | | |
| 91. -AVENET INC (COMMON) | | | | | Sold | 01/24/12 | J | A | |
| 92. -BOEING CO. (COMMON) | | | | | Sold | 03/15/12 | J | A | |
| 93. -BP PLC SPON ADR (COMMON) | | | | | | | | | |
| 94. -CENTURYLINK INC. SHRS (COMMON) | | | | | Sold | 03/15/12 | J | A | |
| 95. -CHEVRON CORP (COMMON) | | | | | | | | | |
| 96. -CONSOLIDATED EDISON INC. (COMMON) | | | | | | | | | |
| 97. -DE MASTERS BLENDERS (COMMON) (X) | | | | | Spinoff (from line 126) | 06/29/12 | J | | |
| 98. -DAIMLER A (COMMON) | | | | | | | | | |
| 99. -DIEBOLD INC. (COMMON) | | | | | | | | | |
| 100. -DOMINION RESOURCES INC. (COMMON) | | | | | | | | | |
| 101. -DUKE ENERGY CORP. (COMMON) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -EDISON INT'L CALIF (COMMON) | | | | | | | | | |
| 103. -EXELON CORP. (COMMON) | | | | | | | | | |
| 104. -EXXON MOBIL CORP. (COMMON) | | | | | | | | | |
| 105. -FIRST ENERGY CORP. (COMMON) | | | | | Sold | 03/15/12 | J | | |
| 106. -GENERAL ELECTRIC (COMMON) | | | | | | | | | |
| 107. -HERSHEY CO. (COMMON) | | | | | | | | | |
| 108. -HESS CORP. (COMMON) | | | | | | | | | |
| 109. -HILLSHIRE BRANDS CO. (COMMON) (X) | | | | | Spinoff (from line 126) | 06/29/12 | J | | |
| 110. -HONEYWELL INT'L INC. (COMMON) | | | | | | | | | |
| 111. -KRAFT FOODS INC. (COMMON) | | | | | Sold (part) | 10/15/12 | M | | Spinoff exch - line 115 |
| 112. -LSI CORP. (COMMON) | | | | | | | | | |
| 113. -MARATHON OIL CORP. (COMMON) | | | | | | | | | |
| 114. -MARATHON PETROLEUM CORP. (COMMON) | | | | | Sold | 03/15/12 | J | A | |
| 115. -MONDELEZ INTERNATIONAL INC. (COMMON) (X) | | | | | Spinoff (from line 111) | 10/15/12 | M | | |
| 116. -NORTHROP GRUMMAN CORP. (COMMON) | | | | | Sold | 03/15/12 | J | A | |
| 117. -NORTHEAST UTILITIES (COMMON) | | | | | | | | | Formerly NSTAR |
| 118. -OCCIDENTAL PETROLEUM CORP. CAL (COMMON) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -PEPCO HOLDINGS INC. (COMMON) | | | | | | | | | |
| 120. -PEPSICO INC. (COMMON) | | | | | Sold | 03/15/12 | J | | |
| 121. -PHILIP MORRIS INT'L INC. (COMMON) | | | | | | | | | |
| 122. -PUBLIC SERVICE ENTERPRISE GROUP (COMMON) | | | | | | | | | |
| 123. -ROCKWELL AUTOMATION INC. (COMMON) | | | | | | | | | |
| 124. -ROCKWELL COLLINS INC. (COMMON) | | | | | | | | | |
| 125. -ROYAL DUTCH SHELL PLC (COMMON) | | | | | Sold | 03/15/12 | J | | |
| 126. -SARA LEE CORP. (COMMON) | | | | | Sold | 06/29/12 | J | | See spinoffs lines 97&109 |
| 127. -SKYWORKS SOLUTIONS INC. (COMMON) | | | | | Sold | 01/24/12 | J | A | |
| 128. -SOUTHERN COMPANY (COMMON) | | | | | | | | | |
| 129. -SPECTRA ENERGY CORP. (COMMON) | | | | | | | | | |
| 130. -TERADATA CORP. (COMMON) | | | | | Sold | 01/24/12 | J | | |
| 131. -VERIZON COMM. (COMMON) | | | | | | | | | |
| 132. -VODAPHONE GROUP PLC (COMMON) | | | | | | | | | |
| 133. -YUM BRANDS INC. (COMMON) | | | | | Sold | 03/15/12 | J | A | |
| 134. -DWS NEW YORK TAX FREE INCOME FUND CL A (MUTUAL FUND) | | | | | | | | | |
| 135. -FEDERATED FUND FOR U.S. GOV'T SECURITIES CL A (MUTUAL FUND) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -FEDERATED MUNICIPAL SECURITIES FUND CL A (MUTUAL FUND) | | | | | | | | | |
| 137. -FRANKLIN U.S. GOV'T SECURITIES FUND CL C (MUTUAL FUND) | | | | | | | | | |
| 138. -FRANKLIN U.S. GOV'T SECURTIES FUND CL A (MUTUAL FUND) | | | | | | | | | |
| 139. -ROCHESTER LIMITED TERM NY MUNICIPAL FUND (MUTUAL FUND) | | | | | | | | | |
| 140. -WESTERN ASSET HIGH INCOME FUND II (MUTUAL FUND) | | | | | | | | | |
| 141. -FIDELITY CASH RESERVES (MONEY MARKET FUND) | | | | | Closed | 01/09/12 | K | | |
| 142. -FIDELITY MAGELLAN FUND (MUTUAL FUND) | | | | | Sold | 01/09/12 | L | | |
| 143. -FIDELITY NY MUNI INCOME FUND (MUTUAL FUND) | | | | | Sold | 01/09/12 | K | A | |
| 144. -FIDELITY PURITAN FUND (MUTUAL FUND) | | | | | Sold | 01/09/12 | K | | |
| 145. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Koeltl, John G. | 05/06/2013 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Koeltl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544